**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :    **16 CR 272(VM)**
        -against-                 :    **ORDER**
                                  :
AISA TOMPKINS,                    :
                                  :
             Defendant.           :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that a conference on the violations of supervised release in the above-referenced matter is scheduled for October 23, 2020 at 2:00 p.m.

In light of the ongoing public health emergency, the conference shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         2 October 2020

                                    Victor Marrero
                                    U.S.D.J.