# LAW OFFICE OF SARAH KUNSTLER
315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2020
```

October 6, 2020

BY ECF
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                                              Re:        United States v. Aisa Tompkins
                                                                 16 Cr. 272 (VM)

Dear Judge Marrero:

       On September 29, 2020, I was appointed by Magistrate Judge Robert W. Lehrburger to represent Aisa Tompkins, the defendant in the above-captioned indictment, in a violation of supervised release. Judge Lehrburger granted bail to Mr. Tompkins, setting a $50,000 personal recognizance bond to be co-signed by two financially responsible parties, and set a one-week deadline for all conditions to be met, until October 6, 2020. I write to respectfully request a one-week extension of the deadline until October 13, 2020 to meet Mr. Tompkin's bail conditions so the remaining signer can be approved and sign the bond. The government consents to this request.

       As of this writing, one of Mr. Tompkin's two signers has already signed the bond. This process is considerably slower when done remotely, and I am concerned that there is not enough time for the second signer to be approved and to sign before the end of the day today. For this reason, I respectfully request a one-week extension to meet the conditions of the bond.

       Thank you for your kind consideration of this request.

                                                           Respectfully,

                                                           Sarah Kunstler

                                                           Attorney for Aisa Tompkins

```
The request is granted. The deadline to
comply with bail conditions is extended
until October 13, 2020.
```

**SO ORDERED.**

10/7/2020
DATE                        VICTOR MARRERO, U.S.D.J.